**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| NICHOLAS BOOTH, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-372-SDJ |
| | § | JURY DEMANDED |
| BRANTLEY MILLER, ET AL., | § | |
|     Defendants. | § | |

**NOTICE OF SUBMISSION OF DEFENDANTS' INITIAL DISCLOSURES**

COME NOW, Defendants **BRANTLEY MILLER and MICHAEL GANATOS** and notifies the Court of the submission of Defendants' Initial Disclosure.

The Initial Disclosures were forwarded to all counsel of record on the 17th day of January, 2025, by e-mail.

Respectfully submitted,

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ALYSSA M. BARRENECHE**
State Bar No. 24040607
*abarreneche@drmlawyers.com*
**D. RANDALL MONTGOMERY
 & ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT
BRANTLEY MILLER and
MICHAEL GANATOS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the ___17th___ day of January, 2025.

                                                */s/ D. Randall Montgomery*
                                               **D. RANDALL MONTGOMERY**