**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| NICHOLAS BOOTH,<br>    Plaintiff,<br><br>v.<br><br>BRANTLEY MILLER, and<br>MICHAEL GANATOS,<br>    Defendants. | §<br>§<br>§<br>§<br>§   **CIVIL ACTION NO. 4:24-cv-372**<br>§   **JURY DEMANDED**<br>§<br>§ |

## ORDER

CAME ON this day to be heard Defendants' Agreed Motion to Modify Scheduling Order (hereinafter, "Defendants' Motion"). The Court, upon consideration of the pleadings timely filed, is of the opinion that Defendants' Motion should be **GRANTED**.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Final Pretrial Conference in this matter is moved from May 13, 2026 to May 20, 2026. All other deadlines in the current scheduling order shall remain the same.

**SO ORDERED**.